Judge Lindsay C. Jenkins
Magistrate Judge Keri L. Holleb Hotaling
RANDOM/CAT 4

FILED
1/6/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

E.C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANA M. HERNANDEZ | Case No.<br><br>Violation: Title 42, United States Code, Section 3631<br><br>**Information** |

The ACTING UNITED STATES ATTORNEY charges:

On or about March 16, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

ANA M. HERNANDEZ,

defendant herein, by force and threat of force, including the use, attempted use, and threatened use of a dangerous weapon and fire, willfully attempted to injure, intimidate, and interfere with victims D.M. and Y.O., two individuals of Venezuelan origin, because of D.M. and Y.O.'s race, color, and national origin, and because D.M. and Y.O were occupying a dwelling in Chicago, Illinois; specifically, defendant threw an incendiary device, commonly known as a Molotov cocktail, onto D.M. and Y.O.'s back porch, causing a fire;

In violation of Title 42, United States Code, Section 3631.

MICHELLE PETERSEN Digitally signed by MICHELLE PETERSEN
Date: 2024.12.30 21:49:49 -06'00'

Signed by Michelle Petersen behalf of the ACTING UNITED STATES ATTORNEY