1:25-cr-00007
Judge Lindsay C. Jenkins
Magistrate Judge Keri L. Holleb Hotaling
RANDOM/CAT 4



FILED 1/6/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



E.C

FELONY

Case: 1:25-cr-00007 Document #: 2 Filed: 01/06/25 Page 1 of 1 PageID #:2



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Ana M. Hernandez | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information? **Civil Rights IV**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 42, United States Code, Section 3631**

Assistant United States Attorney(s): **Jasmina Vajzovic**

Contact Person and Phone Number: **Jasmina Vajzovic, 312-469-6233**